**Victor J. BUENCAMINO,
Petitioner–Appellant,**

v.

**UNITED STATES of America; Kenny Atkinson, Warden, Butner–FMC, Respondents–Appellees.**

No. 15–6839.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 28, 2015.

Victor J. Buencamino, Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor J. Buencamino, a federal pretrial detainee, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Buencamino v. United States*, No. 5:15–hc–02027–D (E.D.N.C. May 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*